IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JAYSA HUNTER,  )<br>)<br>and  )<br>)<br>JAYSA HUNTER, as mother and next )<br>friend of A.H.  )<br>)<br>and  )<br>)<br>JAYSA HUNTER, as mother and next )<br>friend of L.H.  )<br>)<br>      Plaintiffs.  )<br>)<br>v.  )<br>)<br>TRUSTMARK LIFE INSURANCE  )<br>COMPANY  )<br>)<br>and  )<br>)<br>NATIONAL ELECTRICAL ANNUITY  )<br>PLAN  )<br>)<br>and  )<br>)<br>ASHLEY HUNTER  )<br>)<br>      Defendants.  )<br>) | Cause No.:     4:19-cv-00446 |

**JOINT MOTION FOR ADDITIONAL TIME**

COME NOW the parties through counsel and state as follows:

1. On April 23, 2020 the parties announced to the Court that the matter had been settled.

2. Accordingly, On April 23, 2020 this Court entered an Order vacating all hearings, denying all pending motions and directing the parties to file within 30 days a stipulation for dismissal or proposed consent judgment.

1

3. On May 18, 2020, the parties completed execution of a Settlement and Mutual Release Agreement (Settlement).

4. Funds have been disbursed from the court registry pursuant to the terms of Settlement. There is also a pension from the National Electrical Annuity Plan. Funds from said pension have been requested by each party pursuant to Settlement but the parties have not received said funds.

5. It is necessary to acquire additional time in order to effectuate disbursement of said funds. As such, the parties request this Court enter an order extending the Court's deadline to file a stipulation for dismissal for an additional 30 days up to and including July 30, 2020.


By:     /s/ Joseph T. Bante
        Joseph T. Bante    #42166MO
        Rogers Sevastianos & Bante LLP
        120 South Central Avenue, Suite 160
        Clayton, MO 63105
        314-962-1131
        314-480-7042 (fax)
        jbante@rsblawfirm.com
        *Counsel for Defendant Ashley Hunter*

By:     /s/ Jennifer Bush Hawkins
        Jennifer Bush Hawkins  pro hac vice
        POTTS-DUPRE, HAWKINS & KRAMER CHTD
        900 7th Street NW, Ste. 1020
        Washington DC 20001
        202-223-0888
        jhawkins@phk-law.com
        *Counsel for Defendant*
        *National Electrical Annuity Plan*

By:   <u>/s/ Joseph A. Ott</u>
      Joseph A. Ott    #67889MO
      Ott Law Firm
      6115 Eveline Street
      St. Louis MO 63139
      314-293-3756
      314-228-0021 (Fax)
      *Counsel for Plaintiff*

SO ORDERED

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Date: _____